**Terry Arnell MORTON, Petitioner–
Appellant,**

v.

**Ernest SUTTON, Superintendent of
Pasquotant Correctional Institu-
tion, Respondent–Appellee.**

**No. 02–6763.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

Terry Arnell Morton, Appellant Pro Se.
Clarence Joe DelForge, III, Office of the
Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WIDENER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

**158**

PER CURIAM.

Terry Arnell Morton appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Morton v. Sutton,* No. CA–01–1084 (M.D.N.C. May 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*